```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

FIA CARD SERVICES, N.A.,           )   3:09-CV-00148-ECR-VPC
                                   )
    Plaintiff,                     )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: May 5, 2009
                                   )
JOHNNY L. PERRYMAN,                )
                                   )
    Defendant.                     )
                                   )
_____)

PRESENT:    EDWARD C. REED, JR.                  U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN      Reporter:   NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On April 15, 2009, the Magistrate Judge filed a Report and Recommendation (#2) recommending that Defendant's application to proceed *in forma pauperis* be denied. No objections have been filed to the Report and Recommendation (#2).

    The Report and Recommendation (#2) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#2) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's application to proceed *in forma pauperis* is **DENIED**. Defendant shall pay the full filing fee of $350.00 within fifteen (15) days. If he does not do so, an order will be entered remanding the case to the state court.

                                                              LANCE S. WILSON, CLERK

                                                             By     /s/
                                                                   Deputy Clerk