# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FIA CARD SERVICES, N.A. )
)
               Plaintiff(s), )
)
v. )    CV 3:09-00148
)
JOHNNY L. PERRYMAN )    **DEFAULT**
)
               Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __December 23, 2008__
(Original, Amended, etc)                                 (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Johnny L. Perryman__

in the above-entitled action is hereby entered.

Lance S. Wilson                         September 15th, 2010

Clerk                                                             Date

*/s/ Lance S. Wilson*