1  DFJD
   RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC
2  Shelley L. Lanzkowsky, Esq., Nevada Bar Number 9096
   8691 W. Sahara Avenue, Suite 210
3  Las Vegas, NV  89117
   702/485-1564
4  SLanzkowsky@RSIEH.com
   Attorneys for the Plaintiff
5  Our File No. 615600

6

            **UNITED STATES DISTRICT COURT**
7                **DISTRICT OF NEVADA**

8

9  FIA CARD SERVICES, N.A.           )
                                     )   Case No. 3:09-CV-00148
10                Plaintiff,         )
       vs.                           )
11                                   )   **JUDGMENT BY DEFAULT**
   JOHNNY L PERRYMAN                 )
12                                   )
              Defendant(s).
13

14     JOHNNY L PERRYMAN, Defendant in this action, having been regularly served with a

15  copy of the Summons and Complaint and having failed to appear and otherwise defend thereto; the

16  Default of the said Defendant having been duly entered; and good cause appearing therefore,

17     IT IS HEREBY ORDERED, that Plaintiff have Judgment against Defendant JOHNNY L

18  PERRYMAN in the sum of $8,238.78, with interest in the sum of $.00, together with Plaintiff's costs

19  of suit in the amount of $311.00, and attorney's fee in the amount of $0.00, plus interest on the total

20  / / /

21

22  / / /

23

24  / / /

25

26  / / /

27

28  / / /

of the foregoing amounts at 5.25% per annum from the date of entry of this judgment until satisfied. Pursuant to NRS 239B.030, this document does not contain any social security numbers otherwise prohibited personal information as defined in NRS 603A.040.

Dated _ September 15, 2010.

*Edward C. Reed.*

UNITED STATES DISTRICT JUDGE

Submitted by:

RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC

Shelley L. Lanzkowsky, Esq., Bar #9096
8691 W. Sahara Avenue, Suite 210
Las Vegas, NV 89117
702/485-1564
*Attorney for Plaintiff*